UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS RACE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLOYD, INC.,<br><br>　　　　　Defendant. | Case No.  24-cv-08529-AMO<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Nicholas Race brings a putative class action for alleged violations of California's consumer protection laws.  After Defendant Floyd, Inc., failed to appear, Plaintiff moved for entry of default, which was granted.  *See* Dkt. Nos. 7, 12, 13.  Since the clerk's entry of default on April 24, 2025, no papers have been filed.  Therefore, the Court hereby **ORDERS Plaintiff TO SHOW CAUSE** why his claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff's written response to this order shall be filed by no later than noon on January 16, 2026.  If Plaintiff fails to respond, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 7, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**